# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AJA L. BLOUNT, )<br>)<br>Petitioner/Defendant, )<br>)<br>vs. )<br>)<br>UNITED STATES of AMERICA, )<br>)<br>Respondent/Plaintiff. ) | CIVIL NO. 08-cv-889-GPM<br><br>CRIMINAL NO. 05-cr-30091-GPM |

## **MEMORANDUM AND ORDER**

**MURPHY, District Judge:**

A jury found Petitioner guilty of three counts involving distribution of crack cocaine and use of a firearm in furtherance of drug trafficking. He was sentenced to an aggregate term of 181 months imprisonment and eight years supervised release. On appeal, he argued that certain evidence was improperly admitted, and one of the government witnesses provided impermissible testimony as to Petitioner's motives. The Seventh Circuit disagreed, affirming his conviction. *United States v. Blount*, 503 F.3d 674 (7th Cir. 2007). Petitioner subsequently filed the instant motion under 28 U.S.C. § 2255. In his motion, he argues that counsel was ineffective at trial and on appeal in failing to argue that Petitioner's videotaped statement was coerced. He also asserts that counsel failed to investigate the validity of the warrant that resulted in his arrest.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

DATED: 12/22/08

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge